In the Matter of the Claim of ARTHUR J. DORFER, Respondent, against WILLIAM SUMMERHAYS & SONS CORP. et al., Appellants, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.